In the Matter of the Application of the CITY OF NEW
York, Respondent, Relative to Acquiring Title to
Lands Required for the Opening of Glebe, Frisby and
Tratman Avenues in the Borough of The Bronx.

BRONX GAS AND ELECTRIC COMPANY, Appellant.

*Matter of City of New York (Glebe, Frisby & Tratman Aves.)*, 163
App. Div. 947, affirmed.
(Argued September 29, 1914; decided October 13, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 19, 1914, which affirmed an order of Special Term
confirming the report of commissioners of estimate and
assessment in street opening proceedings.

*Frederick W. Hottenroth* and *Harry B. Chambers* for
appellant.

*Frank L. Polk, Corporation Counsel (Joel J. Squier*
and *John J. Kearney* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN,
MILLER and CARDOZO, JJ.